UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | CHAPTER 11 CASE |
| MEMORIAL PRODUCTION PARTNERS GP LLC, | ) ) ) | CASE NO. 17-30261 (MI) Jointly Administered under Case No. 17-30262 (MI) |
| Debtors. | ) ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) in the above-captioned Chapter 11 case as counsel to **XTO Energy Inc.** and **ExxonMobil Corporation** creditor and party-in-interest, and request that, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, all notices given or required to be given in this chapter 11 case be given and served upon:

| | | |
|---|---|---|
| J. Robert Forshey | Lynda L. Lankford | Matthew G. Maben |
| **FORSHEY & PROSTOK, LLP** | **FORSHEY & PROSTOK, LLP** | **FORSHEY & PROSTOK, LLP** |
| 777 Main Street, Suite 1290 | 777 Main Street, Suite 1290 | 777 Main Street, Suite 1290 |
| Fort Worth, TX 76102 | Fort Worth, TX 76102 | Fort Worth, TX 76102 |
| (817) 877-8855 Telephone | (817) 877-8855 Telephone | (817) 877-8855 Telephone |
| (817) 877-4151 Facsimile | (817) 877-4151 Facsimile | (817) 877-4151 Facsimile |
| bforshey@forsheyprostok.com | llankford@forsheyprostok.com | mmaben@forsheyprostok.com |

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Rules and sections cited above, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, electronically or otherwise filed or served with regard to the referenced case and proceedings therein.

1

This Notice of Appearance shall not be deemed or construed to be a waiver of any rights, including, without limitation, the right (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) any consent to the exercise of the Court's jurisdiction, or (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or any other rights, claims, actions, defenses, setoffs, or recoupment in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupment are hereby expressly reserved.

DATED:  February 1, 2017

Respectfully Submitted,

FORSHEY AND PROSTOK, LLP

/s/ J. Robert Forshey
J. Robert Forshey
Texas Bar No. 07264200
Lynda L. Lankford
Texas Bar No. 11935020
Matthew G. Maben
Texas Bar No. 24037008
777 Main Street, Suite 1290
Fort Worth, Texas  76102
(817) 877-8855 Telephone
(817) 877-4151 Facsimile
bforshey@forsheyprostok.com
llankford@forsheyprostok.com
mmaben@forsheyprostok.com

*Counsel for XTO Energy Inc. and ExxonMobil Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all parties receiving electronic notice on this the 1st day of February, 2017.

/s/ J. Robert Forshey
J. Robert Forshey

L:\BFORSHEY\XTO - Memorial Production (CrR) #5879\Pleadings\Pleadings 17-30261 (GP LLC)\NOA for XTO-ExxonMobil 2.1.17.docx